UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IRINYA ULYANENKO,

        Plaintiiff,

-against-                                   09 Civ. 3513 (LAK)

METROPOLITAN LIFE INSURANCE
COMPANY, et ano.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/9/10
```

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion to compel defendant Life Insurance Company of North America to submit to a requested deposition is granted, good cause having been established. The deposition shall be completed by February 28, 2010.

        SO ORDERED.

Dated:     February 9, 2010

                                                      Lewis A. Kaplan
                                               United States District Judge